1  Paul S. Padda, Esq. (NV Bar #10417)
   Email: ppadda@caplawyers.com
2  COHEN & PADDA, PLLC
   4240 West Flamingo Road, Suite 220
3  Las Vegas, Nevada 89103
   Tele: (702) 366-1888
4  Fax: (702) 366-1940
   Web: caplawyers.com
5
   Attorney for the Plaintiff
6
# UNITED STATES DISTRICT COURT
7
# DISTRICT OF NEVADA
8
   **LONICA ABBEY, an individual,**        )
9
                    **Plaintiff,**         )    **Case #2:15-cv-0963-RFB-GWF**
10
   **v.**                                  )
11
   **ARISTOCRAT TECHNOLOGIES, INC.,**)
12
                    **Defendant.**         )
13  _____        )

14

15          **STIPULATION OF VOLUNTARY DISMISSAL**

16          Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff hereby stipulates to

17  voluntary dismissal (with prejudice) of this civil action.  The parties to this stipulation further

18  agree that each respective party shall bear its own attorney's fees and costs with respect to this

19  .  .  .

20  .  .  .

21  .  .  .

22  .  .  .

23  .  .  .

24  .  .  .

25  .  .  .

26  .  .  .

27  .  .  .

28  .  .  .

litigation.  The parties respectfully request that the Court approve this stipulation.

Respectfully submitted,

/s/ *Crystal J. Herrera*                                    /s/ *Paul S. Padda*
_____                        _____
Crystal J. Herrera, Esq.                                  Paul S. Padda, Esq.
LITTLER MENDELSON                                  COHEN & PADDA

August 26, 2015                                             August 26, 2015

Attorney for Defendant                                  Attorney for Plaintiff


**IT IS SO ORDERED:**

**The Court hereby approves the stipulation of voluntary dismissal filed by Plaintiff.  This matter is hereby dismissed, with prejudice.  Each party shall bear its own costs and attorney's fees with respect to this litigation.**

_____

RICHARD F. BOULWARE, II
United States District Judge

DATED this  2nd day of September, 2015.


CERTIFICATE OF SERVICE

     In compliance with the Court's Local Rules, the undersigned hereby certifies that on August 26, 2015, a copy of the foregoing document, "STIPULATION OF VOLUNTARY DISMISSAL" was served (via the Court's CM/ECF system) upon counsel of record for Defendants.

/s/ Paul S. Padda

_____
Paul S. Padda, Esq.
Cohen & Padda
Las Vegas, Nevada

2